**Order entered March 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00958-CV

## IN THE INTEREST OF I.L.S., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER

Before the Court are six motions filed by appellant on March 13, 2014. We **DENY** appellant's motion to reconsider this Court's order dated February 27, 2014 and to designate this appeal as accelerated.

We **GRANT** appellant's motion requesting a copy of the brief that was struck by this Court's February 27, 2014 order. We **DIRECT** the Clerk of this Court to mail to appellant a paper copy of appellant's brief that was struck as deficient.

We **DENY** appellant's motion to exceed the page limits of fifty pages for his initial brief and twenty-five pages for his reply brief.

Appellant has filed a motion and supplemental motion requesting an extension of time to file his amended brief. Appellant request an extension of fifty days from the date he receives a copy of the brief that was stricken. We **GRANT** appellant's motion as supplemented **TO THE EXTENT** that appellant shall file his amended brief **ON OR BEFORE APRIL 30, 2014**. We

caution appellant that if he fails to file his amended brief on or before **APRIL 30, 2014**, the appeal will be dismissed without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

We **DENY** appellant's motion requesting that the Court conduct a hearing and rule on his pending motions.

/s/     ADA BROWN
          JUSTICE